# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRAM YADIDSION, an individual; SHAHLA YADIDSION, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, a corporation; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01038-AB-PVC <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION TO DISMISS PLAINTIFFS' LAWSUIT WITH PREJUDICE** |

The Court approves the parties' Joint Stipulation to Dismiss Plaintiffs' Lawsuit With Prejudice and hereby **DISMISSES** this action with prejudice.

**IT IS SO ORDERED.**

Date: March 8, 2023      By: _____
                               Honorable Judge André Birotte Jr.

Cozen O'Connor
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017

LEGAL\61811647\1

1